IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANNE THORNTON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-5554 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

## **ORDER**

AND NOW, this 23rd day of August, 2017, for the reasons stated in the accompanying Memorandum Opinion, it is ORDERED Defendants' City of Philadelphia, Philadelphia Sheriff's Office, and Sheriff Jewell Williams's Motion to Dismiss (Document 28) is GRANTED. Plaintiff Joanne Thornton's Amended Complaint (Document 26) is DISMISSED without prejudice.

It is further ORDERED the Clerk of Court shall mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.